COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION FOR REHEARING EN BANC

Cause number:  01-18-00980-CV

Style:     *IMT Pavilion III LP and Investors Management Trust Real Estate Group, Inc. d/b/a IMT Residential v. Victor Mendez*

Type of motion:    Motion for rehearing en banc

Party filing motion:        Appellant

IT IS ORDERED that the motion for rehearing en banc is **denied**.

Judge's signature:    __/s/ Gordon Goodman_____

En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date:  December 31, 2020